**Order entered September 11 , 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01156-CV
### No. 05-13-01157-CV

### IN RE JOHN CLOUD, Relator

### Original Proceeding from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F93-61603, F93-61604

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the cost of this original proceeding.

/s/     KERRY P. FITZGERALD
          JUSTICE